UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHANTÉ COLEMAN,

                Plaintiff,

-against-

IEH AUTOPARTS LLC,

                Defendant.

24cv3507 (LTS)

CIVIL JUDGMENT

---

    For the reasons stated in the April 14, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  April 15, 2025
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge